IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 3:21-CR-00030-CAR-CHW |
| | : | |
| MARQUEZE JOHNSON, | : | |
| | : | |
| Defendant | : | |

### ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the

Court that Case No. 3:21-CR-30, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:21-CR-30, be unsealed.

SO ORDERED, this ___18th___ day of November, 2021.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

MICHAEL MORRISON   Digitally signed by MICHAEL MORRISON
Date: 2021.11.18 11:30:13 -05'00'

_____
MICHAEL (MIKE) MORRISON
ASSISTANT UNITED STATES ATTORNEY